UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY MICHAEL LEWIS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00322 |
| | § | |
| 148TH DISTRICT COURT OF NUECES COUNTY TEXAS, *et al*, | § § | |
| | § | |
| Respondents. | § | |

## **MEMORANDUM AND RECOMMENDATION**

Petitioner Gregory Michael Lewis filed this *pro se* petition under 28 U.S.C. § 2241. In a Notice of Deficient Pleading mailed on October 25, 2019, Lewis was notified that he must submit either the $5 filing fee or an application to proceed *in forma pauperis* and trust fund account statement (or institutional equivalent). (D.E. 3). Lewis was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution.

Lewis responded by providing some financial documents, but he never submitted an application to proceed *in forma pauperis*. (*See* D.E. 5, 9). Thus, the undersigned issued an order to show cause on January 15, 2020, ordering him to show cause within 20 days why his lawsuit should not be dismissed for want of prosecution and reiterating what steps Lewis must take to proceed. (D.E. 10 at 1-2). Lewis has failed to comply with the court's order. Lewis was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.*).

Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff

fails to comply with a court order.  *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b).  Accordingly, it is recommended that Lewis's petition be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 6th day of February, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

### NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).