Case 2:19-cv-00322   Document 15   Filed on 04/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GREGORY MICHAEL LEWIS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-322 |
| § | |
| 148TH DISTRICT COURT OF NUECES § | |
| COUNTY TEXAS, *et al*, § | |
| § | |
| Respondents. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On February 6, 2020, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 12), recommending that this matter be dismissed for want of prosecution. The Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 12), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

ORDERED this 23rd day of April, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE